326 So.2d 671

**Larry Hudson SWEAT**

v.

**STATE.**

**7 Div. 277.**

Court of Criminal Appeals of Alabama.

Aug. 18, 1975.

It having been made known to the Court that appellant was indigent at the time of trial and at the giving of notice of appeal, it is hereby ordered that the granting of the state's motion to strike the record and the dismissal of the appeal Ala.Cr.App., 54 Ala.App. 111, 305 So.2d 386, be set aside.

It is further ordered that the cause be restored to the docket and the appeal reinstated, for decision.

See also, 57 Ala.App. 143, 326 So.2d 671, and 295 Ala. ——, 326 So.2d 674.